```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 20811
   JENNIFER LYN GRAY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-2701


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 11/07/2007 and was confirmed 01/07/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 02/25/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------

INDIANA DEPT OF REVENUE    PRIORITY         NOT FILED            .00           .00
CARSON PIRIE SCOTT & CO    UNSECURED        NOT FILED            .00           .00
SEARS ROEBUCK & CO         UNSECURED        NOT FILED            .00           .00
CHASE NA                   UNSECURED        NOT FILED            .00           .00
MARSHALL FIELDS            UNSECURED        NOT FILED            .00           .00
INDIANA DEPT OF REVENUE    UNSECURED        NOT FILED            .00           .00
BALLYS TOTAL FITNESS ~     UNSECURED        NOT FILED            .00           .00
CAPITAL ONE                UNSECURED          1459.07            .00           .00
FIRST NATIONAL BANK        UNSECURED        NOT FILED            .00           .00
CORPORATE AMERICA FEDERA   UNSECURED          1833.54            .00           .00
CREDIT ONE BANK            UNSECURED        NOT FILED            .00           .00
HSBC CARD SERVICES         UNSECURED        NOT FILED            .00           .00
HSBC BANK NEVADA NA        UNSECURED           556.07            .00           .00
HSBC CARD SERVICES         UNSECURED        NOT FILED            .00           .00
HSBC CARD SERVICES         UNSECURED        NOT FILED            .00           .00
MERRICK BANK               UNSECURED          1059.68            .00           .00
MONROE & MAIN              UNSECURED        NOT FILED            .00           .00
TRIBUTE                    UNSECURED        NOT FILED            .00           .00
PBG PLATINUM               UNSECURED        NOT FILED            .00           .00
PALISADES COLLECTION       UNSECURED        NOT FILED            .00           .00
MARSHALL FIELDS            UNSECURED        NOT FILED            .00           .00
UNIFUND                    UNSECURED        NOT FILED            .00           .00
UNITED BELL CREDIT UNION   UNSECURED        NOT FILED            .00           .00
WASHINGTON MUTUAL          UNSECURED        NOT FILED            .00           .00
CITY OF CHICAGO PARKING    UNSECURED          2455.00            .00           .00
IMPACTCASH USA             UNSECURED        NOT FILED            .00           .00
AMERILOAN                  UNSECURED        NOT FILED            .00           .00
MTE FINANCIAL SERVICES     UNSECURED        NOT FILED            .00           .00
FIRST AMERICAN CASH ADVA   UNSECURED        NOT FILED            .00           .00
LASHONDA M EDWARDS         NOTICE ONLY      NOT FILED            .00           .00
FINGERHUT DIRECT MARKETI   UNSECURED           142.66            .00           .00
PRO SE DEBTOR              DEBTOR ATTY           .00                           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 20811 JENNIFER LYN GRAY
```

```
TOM VAUGHN              TRUSTEE                                          .00
DEBTOR REFUND           REFUND                                        150.00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   150.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                      150.00
                        ---------------     ---------------
TOTALS                    150.00                   150.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 05/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 07 B 20811 JENNIFER LYN GRAY